# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TAASERA LICENSING LLC<br><br>*Plaintiff,*<br><br>vs.<br><br>TREND MICRO INCORPORATED<br><br>*Defendant.* | Civil Action No. 2:21-cv-0441 |

## THE PARTIES' JOINT MOTION TO EXTEND DEADLINES

Plaintiff Taasera Licensing LLC ("Taasera") and Defendant Trend Micro Incorporated (Japan) ("Trend Micro Japan") respectfully move the Court for an extension on three upcoming deadlines: (1) infringement contentions, (2) invalidity contentions, and (3) defendant's deadline to move, answer, or otherwise respond to the complaint.

On April 1, 2022, the parties reached a negotiated agreement whereby Taasera was alleviated of having to effect proper service of process on the Japanese corporate defendant in this matter in exchange for Trend Micro Japan receiving a 120-day extension of time to answer or respond to the instant complaint (setting the deadline at August 5, 2022). Ex. A, Declaration of Holly Engelmann In Support of The Parties' Joint Motion to Extend the Deadlines, Ex. 1 (email correspondence between the parties dated March 28-30, 2022). As a matter of procedure, Taasera's counsel suggested the parties file a standard AO 399 waiver form providing for a ninety-day extension and then the parties would file a joint request for an additional thirty-day extension thereafter. *Id*. (April 1, 2022 email from Joseph Mercadante). Before the parties were able to file

for the additional thirty-day extension as agreed, this matter was set for a July 19, 2022 Scheduling Conference. Dkt. 11.

Because the parties were contemplating an additional extension of time to respond and a later scheduled Scheduling Conference, both parties also seek a three-week extension of time to serve infringement contentions, invalidity contentions, and the accompanying disclosures pursuant to Local Patent Rules 3-1-3-4, putting the deadlines as July 26, 2022 and September 13, 2022 respectively.

Good cause exists for the parties' joint request as both parties relied upon the negotiated service waiver agreement for planning purposes; Trend Micro Japan, a Japanese corporate entity, counted on having additional time for conducting early case assessment; and both parties are still working to analyze and frame the jurisdictional and venue issues presented by the particular circumstances of this case, which the parties submit may require more analysis than some other cases.

| | |
|---|---|
| Dated:  June 24, 2022 | Respectfully submitted,<br><br>*/s/ Joseph M. Mercadante*<br>Joseph M. Mercadante<br>NY Bar No. 4784930<br>Email: jmercadante@fabricantllp.com<br>FABRICANT LLP<br>411 Theodore Fremd Avenue,<br>Suite 206 South<br>Rye, New York 10580<br>Telephone: (212) 257-5797<br>Facsimile: (212) 257-5796<br><br>Justin Kurt Truelove<br>Texas Bar No. 24013653<br>Email: kurt@truelovelawfirm.com<br>TRUELOVE LAW FIRM, PLLC<br>100 West Houston Street<br>Marshall, Texas 75670<br>Telephone: (903) 938-8321<br>Facsimile: (902) 215-8510<br><br>**Attorneys for Plaintiff Taasera Licensing LLC**<br><br>*/s/ Melissa R. Smith*<br>Melissa R. Smith<br>Texas State Bar No. 07921800<br>GILLAM & SMITH, LLP<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone:  (903) 934-8450<br>Facsimile:  (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>**Counsel for Defendant Trend Micro Inc.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Plaintiff's counsel of record were served with a true and correct copy of the foregoing document by electronic mail on June 24, 2022.

/s/ Melissa R. Smith

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and counsel for Defendants have complied with Local Rule CV-7(h) by conferring, and all parties agree to filing this as a joint motion.

/s/ Melissa R. Smith