# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TAASERA LICENSING LLC | § § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | Civil Action No. 2:21-cv-0441 |
| TREND MICRO INCORPORATED | § § § | |
| *Defendant.* | § § § | |

## ORDER

Before the Court, the parties move, Dkt. No. 12, jointly to extend certain deadlines. Having considered the motion and its joint nature, the motion is **GRANTED** and Plaintiff's Local Patent Rule 3-1 infringement contentions and Local Patent Rule 3-2 disclosures are due July 26, 2022, Defendant's answer or response to the Complaint is due August 5, 2022, and Defendant's Local Patent Rule 3-3 invalidity contentions and Local Patent Rule 3-4 disclosures are due September 13, 2022.

**SIGNED this 28th day of June, 2022.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE