# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TAASERA LICENSING LLC, | Case No. 2:21-cv-00441-JRG-RSP |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| TREND MICRO INCORPORATED, | |
| Defendant. | |

## JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER

Pursuant to the Court's Order Setting the Scheduling Conference dated July 19, 2022 (Dkt. 11), Plaintiff Taasera Licensing LLC ("Plaintiff" or "Taasera") and Defendant Trend Micro Incorporated ("Defendant" or "Trend Micro") have met and conferred and hereby file this Joint Motion for Entry of Agreed Docket Control Order, attached hereto as Exhibit A.

Dated: August 2, 2022

Respectfully submitted,

 /s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
 Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

**ATTORNEYS FOR PLAINTIFF
TAASERA LICENSING LLC**


 /s/ *Holly Engelmann (with permission)*
Melissa R. Smith
Texas State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Holly Engelmann
Texas State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

**ATTORNEYS FOR DEFENDANT
TREND MICRO INCORPORATED**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 2, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant