# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TAASERA LICENSING LLC, § § § *Plaintiff*, § § v. § CIVIL ACTION NO. 2:21-CV-00441-JRG § TREND MICRO INCORPORATED, § § § *Defendant*. § | |

## ORDER VACATING REFERRAL FOR PRETRIAL MATTERS

The above-entitled and numbered cause of action was referred to the Honorable Roy S. Payne for pretrial purposes. The undersigned hereby **VACATES** the referral of this case to Judge Payne for pretrial purposes.

**So ORDERED and SIGNED this 9th day of August, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE