IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TAASERA LICENSING LLC<br><br>    Plaintiff,<br><br>v.<br><br>TREND MICRO, INC. (JAPAN),<br><br>    Defendant. | Case No. 2:21-cv-0441<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

Defendant Trend Micro Incorporated respectfully requests the Court to amend the Docket Control Order, showing the Court as follows:

Pursuant to this Court's current Docket Control Order (Dkt. 17), the deadline to Comply with Standing Order regarding Subject Matter Eligibility Contentions is August 30, 2022. The Parties are requesting an extension of four weeks to Comply with Standing Order regarding Subject Matter Eligibility Contentions, as outlined in the below chart.

| DATE/DEADLINE | PROPOSED DEADLINE | EVENT |
|---|---|---|
| August 30, 2022 | September 27, 2022 | Comply with Standing Order regarding Subject Matter Eligibility Contentions |

Accordingly, the Defendant requests the Court enter the attached Amended Docket Control Order.

Dated:  August 29, 2022

Respectfully submitted,

By: */s/ Melissa R. Smith*

Melissa R. Smith
Texas State Bar No. 07921800
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

D. Stuart Bartow
DSBartow@duanemorris.com
DUANE MORRIS LLP
1201 North Market Street, Suite 501
Wilmington, DE 19801
Telephone: 302-657-4929
Facsimile: 302-657-4901

Gilbert A. Greene
TX Bar No. 24045976
BGreene@duanemorris.com
DUANE MORRIS LLP
Las Cimas IV
900 S. Capital of Texas Hwy, Suite 300
Austin, TX 78746-5435
Telephone: 512-277-2300
Facsimile: 512-277-2301

Holly Engelmann
TX Bar No. 24040865
HEngelmann@duanemorris.com
Duane Morris LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: 214-257-7200
Facsimile: 214-257-7201

Joshua B. Long
jblong@duanemorris.com
Duane Morris LLP
1330 Post Oak Boulevard, Suite 800
Houston, TX 77056-3166
Telephone: (713) 402 3910

Brianna M. Vinci
bvinci@duanemorris.com
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1198
Facsimile: 215-754-4983

*ATTORNEYS FOR DEFENDANT,
TREND MICRO, INC.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Plaintiff's counsel of record were served with a true and correct copy of the foregoing document by electronic mail on August 29, 2022.

*/s/ Melissa R. Smith*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this motion is unopposed.

*/s/ Melissa R. Smith*
