# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TAASERA LICENSING LLC, | Case No. 2:21-cv-00441-JRG-RSP |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| TREND MICRO INCORPORATED, | |
| Defendant. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO TREND MICRO'S MOTION TO DISMISS AMENDED COMPLAINT (DKT. 39)

Plaintiff Taasera Licensing LLC ("Plaintiff" or "Taasera") respectfully moves the Court for an extension of time to respond to Defendant Trend Micro Incorporated's ("Trend Micro") Motion to Dismiss Taasera's Amended Complaint (Dkt. 39) from September 16, 2022 up to and including September 30, 2022. Trend Micro does not oppose this extension.

Taasera does not seek this extension for the purpose of delay, but to afford sufficient opportunity to adequately address the complexity of the issues and in order that justice be done.

Dated: September 16, 2022

Respectfully submitted,

/s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South

Case 2:21-cv-00441-JRG   Document 40   Filed 09/16/22   Page 2 of 3 PageID #:  421

Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

**ATTORNEYS FOR PLAINTIFF
TAASERA LICENSING LLC**

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 16, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant