IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TAASERA LICENSING LLC<br><br>Plaintiff,<br><br>v.<br><br>TREND MICRO, INC. (JAPAN),<br><br>Defendant. | Case No. 2:21-cv-0441<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

Defendant Trend Micro Incorporated respectfully requests the Court to amend the Docket Control Order, showing the Court as follows:

The deadline to Comply with P.R. 3-3 and 3-4 (Invalidity Contentions) and Comply with Standing Order regarding Subject Matter Eligibility Contentions is September 27, 2022. Trend Micro is requesting an extension of three (3) weeks to Comply with P.R. 3-3 and 3-4 (Invalidity Contentions) and for the Parties to Comply with Standing Order regarding Subject Matter Eligibility Contentions, as outlined in the below chart.

| Current Deadline | New Deadline | Description |
|---|---|---|
| September 27, 2022 | October 18, 2022 | Comply with P.R. 3-3 and 3-4 (Invalidity Contentions) |
| September 27, 2022 | October 18, 2022 | Comply with Standing Order regarding Subject Matter Eligibility Contentions |

Accordingly, the Defendant requests the Court enter the attached Second Amended Docket Control Order. This extension should not affect any other aspect of the current schedule.

DM2\16376167.1

Dated:  September 19, 2022	Respectfully submitted,

By: /s/ Melissa R. Smith

Melissa R. Smith
Texas State Bar No. 07921800
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

D. Stuart Bartow
DSBartow@duanemorris.com
DUANE MORRIS LLP
1201 North Market Street, Suite 501
Wilmington, DE 19801
Telephone: 302-657-4929
Facsimile: 302-657-4901

Gilbert A. Greene
TX Bar No. 24045976
BGreene@duanemorris.com
DUANE MORRIS LLP
Las Cimas IV
900 S. Capital of Texas Hwy, Suite 300
Austin, TX 78746-5435
Telephone: 512-277-2300
Facsimile: 512-277-2301

Holly Engelmann
TX Bar No. 24040865
HEngelmann@duanemorris.com
Duane Morris LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: 214-257-7200
Facsimile: 214-257-7201

Joshua B. Long
jblong@duanemorris.com
Duane Morris LLP
1330 Post Oak Boulevard, Suite 800
Houston, TX 77056-3166
Telephone: (713) 402 3910

Brianna M. Vinci
bvinci@duanemorris.com
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1198
Facsimile: 215-754-4983

*ATTORNEYS FOR DEFENDANT,
TREND MICRO, INC.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Plaintiff's counsel of record were served with a true and correct copy of the foregoing document by electronic mail on September 19, 2022.

/s/ Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this motion is unopposed.

/s/ Melissa R. Smith

DM2\16376167.1