# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TAASERA LICENSING LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:21-CV-00441-JRG |
| | § |
| TREND MICRO INCORPORATED, | § |
| | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Respond to Trend Micro's Motion to Dismiss Amended Complaint (the "Motion") filed by Plaintiff Taasera Licensing LLC ("Taasera"). (Dkt. No. 40). In the Motion, Taasera requests an extension to respond to Defendant Trend Micro Incorporated's ("Trend Micro") Motion to Dismiss Taasera's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion to Dismiss") (Dkt. No. 39) from September 16, 2022, up to and including September 30, 2022.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Taasera's deadline to respond to Trend Micro's Motion to Dismiss is **extended** up to and including September 30, 2022.

**So ORDERED and SIGNED this 19th day of September, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE