IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TAASERA LICENSING LLC<br><br>        Plaintiff,<br><br>  v.<br><br>TREND MICRO, INC. (JAPAN),<br><br>    Defendant. | Case No. 2:21-cv-0441<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY AND SUR-REPLY BRIEFS

Defendant Trend Micro Incorporated ("Trend Micro Japan") files this Unopposed Motion for Extension of Time and respectfully requests an extension to the deadlines for the parties' reply and sur-reply briefing for Trend Micro Japan's Motion to Dismiss Taasera Licensing LLC's Amended Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) (Dkt. 39).

Trend Micro Japan's deadline for filing its reply brief is October 7, 2022. Trend Micro Japan requested and Taasera has agreed to a one-week extension to Trend Micro Japan's deadline for filing its reply brief. Trend Micro Japan and Taasera have also agreed to a one-week extension for Taasera's sur-reply brief, which would then be due on or before October 28, 2022.

Trend Micro Japan requests these extensions to allow additional time for the parties to prepare their reply and sur-reply briefing for which there is good cause due to conflicts of counsel for the parties.

| Current Date | New Date | Event |
|---|---|---|
| October 7, 2022 | October 14, 2022 | Trend Micro Japan's Reply in support of Motion to Dismiss Taasera Licensing LLC's Amended Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) |

| October 14, 2022 | October 28, 2022 | Taasera's Sur-Reply to Trend Micro Japan's Motion to Dismiss Taasera Licensing LLC's Amended Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) |
|---|---|---|

No other dates would be affected by the requested extensions. Trend Micro Japan has conferred with counsel from Taasera, who do not oppose this Motion.

Dated:  October 5, 2022                Respectfully submitted,

By: */s/ Melissa R. Smith*

Melissa R. Smith
Texas State Bar No. 07921800
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

D. Stuart Bartow
DSBartow@duanemorris.com
DUANE MORRIS LLP
1201 North Market Street, Suite 501
Wilmington, DE 19801
Telephone: 302-657-4929
Facsimile: 302-657-4901

Gilbert A. Greene
TX Bar No. 24045976
BGreene@duanemorris.com
DUANE MORRIS LLP
Las Cimas IV
900 S. Capital of Texas Hwy, Suite 300
Austin, TX 78746-5435
Telephone: 512-277-2300
Facsimile: 512-277-2301

Holly Engelmann
TX Bar No. 24040865
HEngelmann@duanemorris.com
Duane Morris LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: 214-257-7200
Facsimile: 214-257-7201

Joshua B. Long
jblong@duanemorris.com
Duane Morris LLP
1330 Post Oak Boulevard, Suite 800
Houston, TX 77056-3166
Telephone: (713) 402 3910

Brianna M. Vinci
bvinci@duanemorris.com
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1198
Facsimile: 215-754-4983

*ATTORNEYS FOR DEFENDANT,*
*TREND MICRO, INC.*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Plaintiff's counsel of record were served with a true and correct copy of the foregoing document by electronic mail on October 5, 2022.

*/s/ Melissa R. Smith*

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this motion is unopposed.

*/s/ Melissa R. Smith*

DM2\16574413.1