# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § | |
| | § | CIVIL ACTION NO. 2:22-MD-03042-JRG |
| THIS DOCUMENT RELATES TO ALL CASES | § § | |

## ORDER

The Court issues this Order *sua sponte*. Pending before the Court are Trend Micro Incorporated's ("Trend Micro") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Case No. 2:21-cv-441, Dkt. No. 21); Trend Micro's Motion to Dismiss Taasera Licensing LLC's ("Taasera") Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Case No. 2:21-cv-441, Dkt. No. 39); Trend Micro's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) for Trial (Case No. 2:21-cv-441, Dkt. No. 45); Defendant Check Point Software Technologies Ltd.'s ("Check Point") Motion for Partial Dismissal of Plaintiff's Complaint (Case No. 2:22-cv-63, Dkt. No. 13); Check Point's Motion to Transfer Venue to the Northern District of California (Case No. 2:22-cv-63, Dkt. No. 23), Check Point's Motion for Partial Dismissal of Plaintiff's First Amended Complaint (Case No. 2:22-cv-63, Dkt. No. 26); and Taasera's Motion to Dismiss Complaint for Declaratory Judgment for Lack of Subject Matter Jurisdiction, or in the Alternative, to Transfer or Stay Under the First-to-File Rule, and to Dismiss for Failure to State a Claim (Case No. 2:22-cv-303, Dkt. No. 14) (collectively, the "Dispositive Motions").

On October 11, 2022, the Court held a scheduling conference in the above-captioned action. Defendants in all consolidated cases for multidistrict litigation ("MDL") have not yet filed a responsive pleading. Accordingly, it is **ORDERED** that the deadline for each Defendant to file

its responsive pleading under Federal Rule of Civil Procedure 12 is due within **14 days** of the entry of this Order. The Court **DEFERS** any decision on each Dispositive Motion until such responsive pleading in each case consolidated for MDL is filed.

**So Ordered this**

**Oct 14, 2022**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE