IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE TAASERA LICENSING LLC, PATENT LITIGATION | Case No. 2:22-MD-03042-JRG |
| | **JURY TRIAL DEMANDED** |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:21-CV-00441-JRG | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO TREND MICRO'S MOTION TO TRANSFER
PURSUANT TO 28 U.S.C. § 1404(a) FOR TRIAL (DKT. 45)**

Plaintiff Taasera Licensing LLC ("Plaintiff" or "Taasera") respectfully moves the Court for an extension of time to respond to Defendant Trend Micro Incorporated's ("Trend Micro") Motion to Transfer Pursuant to U.S.C. § 1404(a) for Trial (Dkt. 45) from October 24, 2022, up to and including October 31, 2022. Taasera has conferred with counsel for Trend Micro, and Trend Micro does not oppose this extension.

Taasera does not seek this extension for the purpose of delay, but to afford sufficient opportunity to adequately address the complexity of the issues and in order that justice be done.

Dated:  October 19, 2022          Respectfully submitted,

   /s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,

Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

**ATTORNEYS FOR PLAINTIFF**
**TAASERA LICENSING LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 19, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        */s/ Alfred R. Fabricant*
                                        Alfred R. Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

                                        */s/ Alfred R. Fabricant*
                                        Alfred R. Fabricant